Argued January 6, 1944; decided February 24, 1944.

*Harry Becker, Samuel M. Cytryn* and *Harold M. Steinmetz* for appellant.

*Walter J. Carlin* and *William F. Mathias, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.